GERTRUDE H. FISCHER, PLAINTIFF-PETITIONER, v. FRANK BOLAND FISCHER, DEFENDANT-RESPONDENT.

See same case below: 24 *N. J. Super.* 180.

*Mr. William Furst* and *Mr. Harold F. Vhugen* for the petitioner.

*Mr. Leslie H. Cohen* and *Mr. Joseph Fuerstman* for the respondent.

April 27, 1953. Granted.

MARION E. HAGERMAN, PETITIONER-RESPONDENT, v. LEWIS LUMBER CO., RESPONDENT-PETITIONER.

See same case below: 24 *N. J. Super.* 120.

*Messrs. Kalisch & Kalisch* for the petitioner.

*Mr. Thomas F. Shebell* and *Mr. Alexander Avidan* for the respondent.

April 27, 1953. Granted.